UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,                         No. 2:06-cv-2834-MCE-DAD

     Plaintiff,

   v.                                **ORDER RE: SETTLEMENT AND**
                                          **DISPOSITION**
EDWARD R. MARSZAL ENTERPRISES,
INC., doing business as
CHEVRON/CIRCLE K GAS,

     Defendant.
_____/

    Pursuant to the representations of the attorney for
Plaintiff, the Court has determined that this case is settled.

    In accordance with the provisions of Local Rule 16-160,
dispositional documents are to be filed on or before March 28,
2007.  Failure to comply with this Order may be grounds for the
imposition of sanctions on any and all counsel as well as any
party or parties who cause non-compliance with this Order.

    IT IS SO ORDERED.

 Dated: March 8, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27